**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1787

ESTHER L. CARTER,

        Plaintiff - Appellant,

     v.

SENTIENT DIGITAL, INC., d/b/a Entrust Solutions,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Elizabeth W. Hanes, District Judge.  (2:21-cv-00625-EWH-DEM)

Submitted:  March 28, 2024                                      Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Esther L. Carter, Appellant Pro Se.  Patrick M. Brogan, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Esther L. Carter appeals the district court's order granting Defendant's motion to dismiss Carter's amended complaint, which the court construed as seeking to raise disparate treatment and disparate impact discrimination claims, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and a state law fraud claim. Limiting our review to the issues raised in Carter's informal brief, *see* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we discern no reversible error. Accordingly, we affirm the district court's order. *Carter v. Sentient Digit., Inc.*, No. 2:21-cv-00625-EWH-DEM (E.D. Va. July 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2